UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY GEORGE,

                       Plaintiff,

         - against -

DUTY MINER, et al.,

                      Defendants.

ORDER

07 Civ. 6596 (LAP) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    **IT IS HEREBY ORDERED** that all discovery be completed by **June 4, 2008.**

**SO ORDERED** this 4th day of March 2008
New York, New York

                                                               */s/ Ronald L. Ellis*
                                                               **The Honorable Ronald L. Ellis**
                                                               **United States Magistrate Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/08